United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOMAS S. H.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-001 |
| | § | |
| JUAN AGUDELO, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER TO SHOW CAUSE PURSUANT TO *BUENROSTRO-MENDEZ*

In light of the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), it is **ORDERED** that all deadlines are **CANCELED**; and it is **ORDERED** that, by February 25, 2026, Petitioner shall file a statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition or dismissal of his claims based on the application of 8 U.S.C. § 1225.

Signed on February 11, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.