United States District Court
Southern District of Texas

**ENTERED**

May 21, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TOMAS S.H., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-0001 |
| | § | |
| JUAN AGUDELO, *et al.*, *in their official* | § | |
| *capacities*, | § | |
| "Respondents." | § | |
| | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 6) ("MSJ"), and the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 11) ("R&R").

The R&R was published on April 28, 2026, and objections to the R&R were due on May 12, 2026. *See* Dkt. No. 11. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 11) is hereby **ADOPTED**. Accordingly, the Petition (Dkt. No. 1) is **DENIED** and the MSJ (Dkt. No. 6) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

   SIGNED this May 21, 2026

Rolando Olvera
United States District Judge